IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| ALEXANDER HILL, | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 3:20-cv-0168-TCB |
| v. | ) | |
| | ) | |
| GEORGIA-TEXAS ENTERPRISES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

## **ORDER**

Upon application of the Parties and upon review of the private settlement agreed to by the Parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. Therefore, it is **ORDERED AND ADJUDGED** that the Parties' Joint Motion to Approve Settlement Agreement and Dismiss Claims is **GRANTED**, that the Court **APPROVES** the settlement agreement between the Parties, and **ORDERS** that Plaintiff's Complaint and this civil action in its entirety is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the settlement.

7

SO ORDERED this <u>26th</u> day of <u>  October  </u>, 2020.

_____
Timothy C. Batten
United States District Court Judge